UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:14-cr-0096-SEB-TAB |
| GEORGE RICHARD NICHOLS, | ) ) | - 10 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On July 19, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 31, 2020. Defendant Nichols appeared in person with his appointed counsel Joseph Cleary. The government appeared by MaryAnn Mindrum, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Ariene Gilbert.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Nichols of his rights and provided him with a copy of the petition. Defendant Nichols orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Nichols admitted violation number 1. [Docket No. 1178.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court; violation numbers 2 and 3 dismissed.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another state, federal, or local crime."** |
| | On January 30, 2020, the offender was arrested and charged with Possession of Methamphetamine, a level 6 felony, in Jennings County, Indiana. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of eight (8) months with no supervised release to follow. Defendant requested placement at FCI Beckley.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCI Beckley. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/21/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system